**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

February 7, 2008

Elisabeth A. Shumaker
Clerk of Court

---

VAIL ASSOCIATES, INC., a Colorado corporation; VAIL TRADEMARKS, INC., a Colorado corporation,

    Plaintiffs - Appellants,

v.

VEND-TEL-CO. LTD.; ERIC A. HANSON,

    Defendants - Appellees.

No. 05-1058
(D.C. No. 01-cv-01172-RPM)

---

## JUDGMENT

---

Before **BRISCOE**, **BALDOCK**, and **TYMKOVICH**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk