UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    01-cv-01172-RPM

VAIL RESORTS, INC.,
VAIL ASSOCIATES, INC., and
VAIL TRADEMARKS, INC.,

       Plaintiffs,

v.

VEND-TEL-CO, LTD., and
ERIC A. HANSON,

       Defendants.
_____

ORDER DENYING DEFENDANTS' MOTION FOR ATTORNEYS' FEES, COSTS AND INTEREST
_____

On January 18, 2005, the defendants filed a Motion for attorney's Fees, Costs and Interest pursuant to 15 U.S.C. § 1117 seeking fees in the amount of $503,041.00 and $42.595.54 in costs. Plaintiffs filed their opposition on February 10, 2005, and defendants filed their reply on February 28, 2005. On March 1, 2005, this Court entered an order deferring ruling on the motion pending appeal, recognizing that determination of the issues on appeal would affect the question of whether this can be characterized as an exceptional case.

The Tenth Circuit Court of Appeals, in a split opinion, affirmed this Court's ruling and judgment in the case and the mandate was received on March 19, 2008. Considering the views of Circuit Judge Tymkovich in the dissent and his comment that there is a likelihood of confusion in the evidence in the record, this Court is unable to

declare this case exceptional. To the extent that the defendants also rely on Colorado law for fees for the dismissal of the Colorado Consumer Protection Act claim, the Court is unable to say that the claim was made in a frivolous and vexatious manner. Moreover, the claim was intertwined with the Lanham Act claims and should not be separately considered.

Given the disposition of the appeal by a split opinion, it is

ORDERED that the defendants' motion for attorneys' fees, costs, and interest, filed January 18, 2005, is denied.

DATED: March 21st, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge